**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**ALICIA SLOAN, on her own**
**behalf and on behalf of**
**others similarly situated,**

          Plaintiff,

v.                                **Case No.  5:12-cv-310-WTH-PRL**

**TACO BELL OF AMERICA,**
**LLC,**

          Defendant.
_____/

**JOINT MOTION FOR APPROVAL OF SETTLEMENT**
**AND DISMISSAL WITH PREJUDICE**

      Plaintiff, ALICIA SLOAN, Opt-In Plaintiff, MARLAINA THOMAS (together, "Plaintiffs"),[1] and Defendant, TACO BELL OF AMERICA, LLC ("Defendant"), by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a) and the Court's September 10, 2012 Order of Dismissal (Doc. 41), jointly move for approval of the settlement in the above-captioned lawsuit and for dismissal of the case with prejudice.  In support hereof, the parties state as follows:

          1.      Plaintiffs bring claims under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* (the "FLSA"), Article X, § 24 of the Florida Constitution, and common law for unpaid wages (including minimum wages and overtime compensation), liquidated damages, and attorney's fees and costs.

_____

[1]      Opt-in Plaintiff Latisha Bogan filed a notice of withdrawal of her consent to join on September 10, 2012.  (Doc. 42).

2.      The parties have agreed to settle the above-captioned lawsuit.

3.      In agreeing to settle, Sloan and Thomas have not compromised their claims.  They will receive all the unpaid wages and liquidated damages they could have recovered had they succeeded on the merits.

4.      On September 10, 2012, the Court entered an Order of Dismissal dismissing the case subject to the right of any party within sixty (60) days to seek to re-open the case for good cause shown, or for the parties to submit a stipulated form of final order or judgment.  (Doc. 41).

5.      The parties hereby move the Court to enter the attached proposed final order approving the settlement and dismissing the lawsuit with prejudice.

## MEMORANDUM OF LAW

The parties seek approval of the settlement and dismissal of the lawsuit with prejudice.  The Eleventh Circuit in *Lynn's Food Stores v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982), identified two ways in which employers and employees may settle or compromise claims for back wages under the FLSA.  First, the Secretary of Labor may supervise payment to employees of unpaid wages owed to them.  *See id.* at 1353.  Second, a district court may approve the settlement of lawsuits brought by employees against their employers.  *See id.*

Where, as here, the settlement of a lawsuit results in the employees being "paid in full, without compromise, there is no need for the Court to review the settlement." *Bonetti v. Embarq Mgmt. Co.*, 715 F. Supp. 2d 1222, 1226 n.6 (M.D. Fla. 2009).  As the Court in *Mackenzie v. Kindred Hosps. E., L.L.C.*, 276 F. Supp. 2d 1211 (M.D. Fla. 2003),

explained, *Lynn's Food Stores* addresses judicial oversight of "compromises" of FLSA claims, and there is no "compromise" when a plaintiff is offered full compensation on his claim. *Id.* at 1217. Plaintiffs have not compromised their claims in settling this matter. It is, therefore, unnecessary for the Court to scrutinize the settlement.

WHEREFORE, the parties respectfully request that the Court enter the Proposed Final Order attached hereto as Attachment "1."

DATED this 9th day of November, 2012.

| | |
|---|---|
| **s/ *Andrew Frisch*** | **s/ *Keith L. Hammond*** |
| Andrew Frisch, Esquire | Keith L. Hammond, Esquire |
| Florida Bar No.: 27777 | Florida Bar No.: 0164798 |
| E-mail:  AFrisch@forthepeople.com | E-mail: HammondK@jacksonlewis.com |
| MORGAN &  MORGAN, P.A. | Matthew A. Klein, Esquire |
| 600 North Pine Island Road, Suite 400 | Florida Bar No.: 0052269 |
| Plantation, Florida 33324 | Matthew.Klein@jacksonlewis.com |
| Telephone:  (954) 318-0268 | JACKSON LEWIS LLP |
| Facsimile:  (954) 333-3515 | 390 North Orange Avenue, Suite 1285 |
| | Post Office Box 3389 |
| Attorney for Plaintiffs | Orlando, Florida 32802-3389 |
| | Telephone: (407) 246-8440 |
| | Facsimile: (407) 246-8441 |
| | |
| | Attorneys for Defendant |

# ATTACHMENT "1"

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**ALICIA SLOAN, on her own**
**behalf and on behalf of**
**others similarly situated,**

       Plaintiff,

v.                                       **Case No.  5:12-cv-310-WTH-PRL**

**TACO BELL OF AMERICA,**
**LLC,**

       Defendant.

_____/

## (PROPOSED) FINAL ORDER

Before the Court is the parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice.  The parties have agreed to a settlement of this matter, pursuant to which the claims of Plaintiff, Alicia Sloan, and Opt-in Plaintiff, Marlaina Thomas, shall be paid in full and without compromise.  Upon consideration, it is ORDERED:

      (1) The settlement of this matter is APPROVED; and

      (2) This action is DISMISSED WITH PREJUDICE.

DONE AND ORDERED in Chambers in Ocala, Florida, this _____ day of _____, 2012.

_____
Honorable William Terrell Hodges,
United States Senior District Judge

Copies to:
Counsel of record

5

4812-1569-7937, v. 1